```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TASJAWN WHITE,

                        Plaintiff,

  -against-

THE CITY OF MOUNT VERNON; GAMBLE, *Mount Vernon Police Detective*; and SMITH, *Mount Vernon Police Detective*,

                        Defendants.

No. 19 CIV 853 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

    Plaintiff Tasjawn White ("Plaintiff"), proceeding *pro se*, commenced this Section 1983 action on January 28, 2019 against Defendants City of Mount Vernon, Mount Vernon Police Detective Gamble, and Mount Vernon Police Detective Smith ("Defendants") alleging Defendants used excessive force during an interrogation at the Mount Vernon police station. (ECF No. 2.) On April 29, 2022, this Court filed an Order to Show Cause directing Plaintiff to show cause in writing as to why this action should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 17.)

    Plaintiff responded to the Order to Show Cause by letter, stating that he was unable to communicate with the Court sooner due to multiple correctional facility transfers and the lost of his paperwork in the transfer process. (ECF No. 18.) Plaintiff, in his letter, affirmed his intent to prosecute the case. (*See id.*) Accordingly, this Court DENIES the Order to Show Cause as moot.

    Defendants have filed an Answer to Plaintiff's Complaint on January 9, 2020. (ECF No. 15.) The Court waives the Initial Pre-trial Conference and directs the parties to jointly complete a Case Management Plan and Scheduling Order (blank form attached hereto). Said Scheduling

Order shall be filed by June 20, 2022. After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Judith C. McCarthy for general pretrial purposes. The parties are directed to contact Judge McCarthy within seven (7) business days of the date of the Order of Reference to schedule a conference.

Furthermore, *pro se* Plaintiff is reminded that it is his responsibility to inform the Court of any change in address and to timely prosecute this case.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff at his address listed on ECF.

Dated:  May 20, 2022                                                                         SO ORDERED:
        White Plains, New York

                                                                         _____
                                                                                NELSON S. ROMÁN
                                                                            United States District Judge

UNITED STATES DISTRICT COURT  Rev. May 2014
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

                                                               **CIVIL CASE DISCOVERY PLAN**
                            Plaintiff(s),      **AND SCHEDULING ORDER**

- against -

                            Defendant(s).     _____ CV _____ (NSR)

-------------------------------------------------------------x

       This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by _____.

4. Amended pleadings may be filed until _____. Any party seeking to amend its pleadings after that date must seek leave of court via motion.

5. Interrogatories shall be served no later than _____, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than _____.

7. Non-expert depositions shall be completed by _____.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

          non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than _____.

9. Requests to Admit, if any, shall be served no later than _____.

10. Expert reports shall be served no later than _____.

11. Rebuttal expert reports shall be served no later than _____.

12. Expert depositions shall be completed by _____.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. _____.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

    SO ORDERED.

Dated: White Plains, New York
        _____

                                                              _____
                                                              Nelson S. Román, U.S. District Judge