UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TASJAWN WHITE,

                Plaintiff,                        **ORDER**

    -against-                                 19 Civ. 853 (NSR)(JCM)

CITY OF MOUNT VERNON, Mount Vernon
Police Detective GAMBLE, Mount
Vernon Police Detective SMITH,

                Defendants.
-------------------------------------------------------X

The Court has received Defendants' *ex parte* submission pursuant to the Court's October 21, 2022 Order granting Defendants' Letter Motion to submit additional discovery for the Court's *in camera* review. (Dkt. No. 32). In order to assist the Court in its assessment of the materials, Defendants are hereby ordered to submit an *ex parte* letter answering the following two questions:

1. Is Plaintiff depicted in any of the submitted photographs?
2. If so, on what date (and time, if available) was the photograph taken?

Defendants may submit this letter via e-mail and should do so no later than close of business on October 31, 2022.

The Clerk of the Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

Dated:   October 28, 2022
           White Plains, New York

                                                    **SO ORDERED:**

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge