SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
------------------------------------------------------------------------X
TASJAWN WHITE,

<table>
<tr><td></td><td></td></tr>
</table>

                   Plaintiff,                   **~~PROPOSED~~ ORDER
TO PRODUCE**

         -against-
CITY OF MOUNT VERNON; CITY OF MOUNT
VERNON POLICE DEPARTMENT, City of Mount          19-CV-853
Vernon Police Department Detective ("Det") GAMBLE    (NSR)(JCM)
(Tax ID Unknown), City of Mount Vernon Police
Department Detective ("Det.") SMITH (Tax ID Unknown),

                 Defendants.
------------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules

of Civil Procedure, Defendants will take the remote oral deposition of Plaintiff **TASJAWN**

**WHITE**, DIN Number 21A0185, at the Upstate Correctional Facility, 309 Bare Hill Road,

Malone, NY 12953, beginning on the 27th day of January 2023, at 11:00 a.m., and

continuing from day to day thereafter, or upon such adjourned date as may be agreed upon,

until concluded. Pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, the

deposition will be recorded by stenographic and/or audiovisual means.

     **TASJAWN WHITE**, DIN Number 21A0185, is hereby **ORDERED** to be

produced in a room that can accommodate the video link of the stenography company

for his oral and videotaped deposition at the Upstate Correctional Facility, 309 Bare

Hill Road, Malone, NY 12953 at 11:00 am on January 27, 2023.

               SO ORDERED:

               _____
               HON. JUDITH C. MCCARTHY, U.S.M.J.

Dated: White Plains, New York
      January 17, 2023