UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TASJAWN WHITE,

                              Plaintiff,          **ORDER TO PRODUCE**

     -against-
CITY OF MOUNT VERNON; CITY OF MOUNT
VERNON POLICE DEPARTMENT, City of Mount         19-CV-853
Vernon Police Department Detective ("Det") GAMBLE   (NSR)(JCM)
(Tax ID Unknown), City of Mount Vernon Police
Department Detective ("Det.") SMITH (Tax ID Unknown),

                            Defendants.
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants will take the remote oral deposition of Plaintiff **TASJAWN WHITE**, DIN Number 21A0185, at the Upstate Correctional Facility, 309 Bare Hill Road, Malone, NY 12953, beginning on the 22nd day of February 2023, at 10:00 a.m., and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded. Pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, the deposition will be recorded by stenographic and/or audiovisual means.

      **TASJAWN WHITE**, DIN Number 21A0185, is hereby **ORDERED** to be produced in a room that can accommodate the video link of the stenography company for his oral and videotaped deposition at the Upstate Correctional Facility, 309 Bare Hill Road, Malone, NY 12953 at 10:00 am on February 22, 2023.

                                                       SO ORDERED:

                                                       HON. JUDITH C. McCARTHY, U.S.M.J.

Dated: White Plains, New York
       February 10, 2023

1