UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TASJAWN WHITE,

                           Plaintiff,

-against-

CITY OF MOUNT VERNON, CITY OF MOUNT
VERNON POLICE DEPARTMENT, DETECTIVE
GAMBLE and DETECTIVE SMITH,

                           Defendants.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/8/2023___

19-CV-853 (NSR) (JCM)
ORDER TO PERMIT
REVIEW OF VIDEO
EVIDENCE

        **PLEASE TAKE NOTICE** that this action is currently pending before the Court. Plaintiff,
**TASJAWN WHITE**, DIN Number 21A0185, is an inmate/resident at the Upstate Correctional
Facility, located at 309 Bare Hill Road, Malone, NY 12953. The Defendants have filed a motion for
summary judgment seeking dismissal of all claims. The motion includes a video which must be viewed
by the Plaintiff, **TASJAWN WHITE**, in order to properly respond to the Defendants' motion.
Accordingly, it is respectfully:

        **ORDERED** that upon receipt of the relevant video tape or within a reasonable time thereafter,
Plaintiff, **TASJAWN WHITE**, be produced in a room in the Upstate Correctional Facility that can
accommodate his right to view the video evidence related to this pending lawsuit.

        **PLEASE TAKE FURTHER NOTICE** that Plaintiff **TASJAWN WHITE'S** deadline to
respond to Defendants' motion is June 20, 2023.

        Defendants are directed to mail a copy of this Order to *pro se* Plaintiff no later than May 9,
2023 and to file proof of service on the docket.

                                                        SO ORDERED:

Dated: White Plains, New York
       May 8, 2023
                                                        _____
                                                        Hon. Nelson S. Roman, U.S.D.J.