UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
TASJAWN WHITE,

                Plaintiff,                19 **CIVIL** 0853 (NSR)

     -against-                      **JUDGMENT**

CITY OF MOUNT VERNON, et al.,

                Defendants.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 3, 2024, Defendants' Motion for summary judgment is GRANTED and all of Plaintiff's claims are dismissed with prejudice. Judgment entered in favor of the Defendants, and the case is closed.

**Dated:**  New York, New York
           April 3, 2024

                                                        RUBY J. KRAJICK
                                                        **Clerk of Court**

                                  **BY:**
                                                    _____
                                                           **Deputy Clerk**